197 So.2d 81

**In re Interdiction of Mollie Redman LOMM.**

**No. 48649.**

April 14, 1967.

In re: Nathan Lomm applying for certiorari, or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 195 So.2d 416.

Writ refused.

There appears no error of law in the judgment of the Court of Appeal.